# In The United States Court of Federal Claims

No. 03-1347 T

(Filed: October 3, 2005)

DALE & CAROL SPIESS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 1, 2003, this case was stayed until thirty days after the final resolution, including appeals, of *Yocum v. United States*, No. 03-84T. Judgment was entered in *Yocum* on July 1, 2005, and no appeal was filed. As such, this case is now restored to the active docket. The parties shall file a joint status report on or before October 21, 2005, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge