IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-84 T

(Judge Francis M. Allegra)

DALE SPIESS AND CAROL SPIESS,

Plaintiffs

v.

UNITED STATES,

Defendant

STIPULATION FOR DISMISSAL

In the plaintiffs' motion to suspend proceedings in this case, which was granted by order of the Court on August 1, 2003, the plaintiffs represented that outcome of this case would be controlled by the decision entered by the Court in Yocum v. United States, Fed. Cl. No. 03-84 T. The Court decided that case in favor of the defendant, and the decision in Yocum is now final.

Therefore, the parties hereby stipulate and agree that the Court should dismiss the complaint in the above-captioned case with prejudice.

Respectfully submitted,

11/3/2005
DATE

s/ Michael A. Guarigilia
MICHAEL A. GUARIGILIA
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096

11/9/2005
DATE

s/ Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

11/9/2005
DATE

s/ Steven I. Frahm
Of Counsel